ACCEPTED
06-15-00129-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/26/2015 8:50:48 AM
DEBBIE AUTREY
CLERK

No.  06-15-00129-CR

|  |  |  |
|---|---|---|
| James Cunningham, | § | FILED IN<br>6th COURT OF APPEALS |
|  | § | IN THE TEXARKANA, TEXAS |
| Appellant, | § | COURT OF APPEALS 10/26/2015 8:50:48 AM |
|  | § | DEBBIE AUTREY |
| v. | § | FOR THE   Clerk |
|  | § |  |
| State of Texas, | § | SIXTH JUDICIAL DISTRICT, |
| Appellee. | § | TEXARKANA, TEXAS |

## MOTION TO EXTEND TIME TO FILE BRIEF

Appellant, James Barcard Cunningham, seeks an extension of time to file his brief in this appeal and in support would show the Court:

Appellant timely perfected appeal from the June 18, 2015, judgment of the trial court.  The record was complete on August 20, 2015, the deadline for Appellant's brief was extended until October 21, 2015.

Appellant seeks an extension of 30 days to file his brief, making the brief due November 20, 2015.  Appellant needs additional time to file his brief because counsel for Appellant is counsel prosecuting or defending the following matters with deadlines during the time for preparing Appellant's brief:

*McKenna v. Caldwell*,  Walker Co. No. 25035
    Prepared for jury trial set for                    October 20, 2015


*Rivera v. Audi AG and Volkswagen Group of America*,
    Bexar Co. No. 2013-CI-00118
    Prepared and presented multiple motions and responses to motions for
    summary judgment, *Robinson* challenges for hearings conducted over
    several days the week of October 19, 2015.

*Sun Belt Transportation v. Lear Corporation*, S.D. TX. No 5:14-CV-00043
Prepare briefing for federal district court on stay of proceeding in multi-party diversity suit.                    October 22, 2015

Appellant has requested one previous extension.

**Prayer**

For the reasons set out herein, appellant prays the Court grant an extension to file

his brief until November 20, 2015.

Respectfully submitted,

_/s/__Clint Sare_____
Clint  F. Sare
Tex. Bar No. 00788354
P.O. Box 1694
Bryan, Texas  77806
(979) 822-1505

Attorney for appellant
James Cunningham

**Certificate of Service**

I certify a copy of appellant's Motion to Extend Time to File Brief was served on Doug Howell, 300 E. 26th Street Ste. 310, Bryan, 77803 on October 26, 2015.

__/s/__Clint Sare_____
Clint F. Sare